PD-0832-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/24/2015 2:40:34 PM
Accepted 9/24/2015 2:42:17 PM
ABEL ACOSTA
CLERK

BENNETT & SECREST, PLLC

ATTORNEYS AT LAW

THE NIELS ESPERSON BUILDING

808 TRAVIS STREET, 24TH FLOOR

HOUSTON, TEXAS 77002

ROBERT C. BENNETT (RETIRED)
BOARD CERTIFIED CRIMINAL LAW • TEXAS BOARD OF LEGAL SPECIALIZATION

GEORGE McCALL SECREST, JR.
BOARD CERTIFIED CRIMINAL LAW • TEXAS BOARD OF LEGAL SPECIALIZATION

TELEPHONE: (713) 757-0679
FACSIMILE: (713) 650-1602

September 24, 2015

FILED IN
COURT OF CRIMINAL APPEALS

September 25, 2015

ABEL ACOSTA, CLERK

Mr. Abel Acosta, Clerk
Texas Court of Criminal Appeals
P. O. Box 12308
Austin, Texas 78711

Re:    CCA No. PD-0832-15; *James Alan Jenkins vs. The State of Texas*

Dear Mr. Acosta:

In response to your letter dated September 16, 2015, I am writing to inform the Court that I represent James Alan Jenkins in the case referenced above.

Sincerely,

George McCall Secrest, Jr.

GMS/kh

cc:    Mr. Ron Meador
       Assistant Attorney General
       P. O. Box 12548
       Austin, Texas, 78711-2548

       Ms. Lisa McMinn
       State Prosecuting Attorney
       P.O. Box 13046
       Austin, TX 78711